UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:23cv07607CAS (BFMx)                                    Date: February 20, 2024

Title    _LUNCH INC v. REDHOUSE VIRTUAL EDUCATION, LLC; ET. AL._


Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                    Not Present

**Proceedings:**    (IN CHAMBERS) – ORDER TO SHOW CAUSE

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **March 12, 2024**, why this action should not be dismissed for lack of prosecution as to **defendants TEVAUN SCALLION; and TRISSTAR L. SCALLION a/k/a Trisstar Latrice Scallion a/k/a Trisstar Latrice Muhammad, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendants TEVAUN SCALLION; and TRISSTAR L. SCALLION a/k/a Trisstar Latrice Scallion a/k/a Trisstar Latrice Muhammad** on or before the above date, as a satisfactory response to the Order to Show Cause.

                                                                                      00:00
                                                    **Initials of Preparer**      CMJ